# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN SELDON,

    Defendant.

Case No. 2:07-CR-00135-KJD-LRL

**ORDER**

Currently before the Court is Defendant Stephen Seldon's Motion to Stay Surrender Date (#331). Defendant requests that the Court's Order of Remand filed August 20, 2010, (#321) be stayed until the disposition of his Motion for New Trial (#313). The Government filed a Response in opposition to Defendant's Motion (#333).

In its Order of Remand, of August 20, 2010, the Court found that the pendency of Defendant's Motion for New Trial was not a sufficient reason for continuing his release. Moreover, the Court has considered the Defendant's instant Motion together with the Government's Response, and the entire record in this case, and good cause lacking, denies Defendant's Motion.

**IT IS SO ORDERED**.

DATED this 10th day of September 2010.

_____
Kent J. Dawson
United States District Judge