# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-0135-KJD (LRL) |
| Plaintiff, | |
| vs. | |
| STEVEN LEE SELDON, M.D .AND DEBORAH MARTINEZ SELDON | **O R D E R** |
| Defendants. | |

Based on the pending application of the Government, and good cause appearing,

IT IS THEREFORE ORDERED that the attorney-client privilege in CASE NO. 2:07-135-KJD-LRL is waived with respect to the allegations in Defendant's 28 U.S.C. §2255 motion, and that attorney LOUIS PALAZZO shall within 14 days from this date provide the Government with an affidavit containing all materials and information relating to matters put at issue in Defendant's 28 U.S.C. §2255 motion.

DATED: July 20, 2011.

_____
Kent J. Dawson
United States District Judge