# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEPHEN LEE SELDON, M.D., and<br>DEBORAH MARTINEZ SELDON, *et al*.,<br><br>　　　　Defendants. | Case No. 2:07-CR-135-KJD-LRL<br><br>**ORDER** |

　　　　Before the Court is the Government's Motion to Seal Declaration of Daniel Nicherie (#427). This declaration is attached to Defendant Stephen Lee Seldon's Reply in support of his 28 U.S.C. §2255 motion (#426). The Government has represented that Defendant is not opposed to the Motion to Seal. Further, the Court finds that Government has "met the 'good cause' standard of Rule 26(c)." Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003). Accordingly, the Motion is **HEREBY GRANTED**, placing the declaration of Daniel Nicherie under seal.

　　　　DATED this 28th day of October 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge