# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN LEE SELDON, *et al.*,

    Defendant.

Case No. 2:07-CR-00135-KJD-LRL

**ORDER**

The sole question presently before the Court is whether to grant or deny a certificate of appealability (#438). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This showing requires that Defendant "demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues in a different manner; *or* that the questions are adequate to deserve encouragement to proceed further." Lambright v. Stewart, 220 F.3d 1022, 1025 (9th Cir. 2000) (internal alterations omitted).

For all of the reasons articulated by the Court in its prior Order denying relief under 28 U.S.C. § 2255 (#432), the Court will not grant a certificate of appealability. In the Court's considered opinion, the issues here are not debatable, the Court could not resolve the issues in a different manner, and the questions certainly do not deserve encouragement to proceed further.

DATED this 25th day of March 2014.

_____
Kent J. Dawson
United States District Judge